AUGUST 12, 1801.

## Alexander Barnett v. Chris. Jackson.

*Upon a writ of error to reverse a judgment of the Court of Quarter Sessions of Ohio county.*

On the trial of an action the record and judgment of a former suit between the same parties is admissible to prove any fact litigated and decided in the former suit.

The court of quarter sessions for the county of Ohio erred, in not permitting the transcript of the record of the decision of the

court of appeals, at the October term, 1798, on the writ of error, *Alexander Barnett* against *Christopher Jackson*, and also the transcript of the judgment and proceedings in the suit on which that decision was founded, to be read in evidence to the jury on the trial of this cause. Therefore, it is considered by the court, that the judgment aforesaid be reversed and set aside; that the cause be remanded to the court from whence it came for new proceedings to be had therein, to recommence by empannelling a jury to try the general issue of *non assumpsit*, and permit transcripts of the said records to be given in evidence to them, and that the plaintiff recover of the defendant his costs in this behalf expended, which is ordered to be certified to the said court.